# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Kevin VanHoosier, | : |
| | : Civil Action No.: 3:14-cv-02425 |
| Plaintiff, | : |
| v. | : |
| | : |
| Synchrony Bank, f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Synchrony Bank without prejudice and without costs to any party.

| Kevin VanHoosier | Synchrony Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Timothy R. Carraher |
| Sergei Lemberg | Timothy R. Carraher |
| LEMBERG LAW, L.L.C. | (admitted *pro hac vice*) |
| 1100 Summer Street, 3rd Floor | REED SMITH LLP |
| Stamford, CT 06905 | 10 South Wacker Drive, 40th Floor |
| Telephone: (203) 653-2250 | Chicago, Illinois 60606-7507 |
| Facsimile: (203) 653-3424 | T: (312) 207-1000 |
| Attorneys for Plaintiff: | F: (312) 207-6400 |
| Kevin VanHoosier | Attorney for Defendant: |
| | Synchrony Bank |

  s/ Jeffrey J. Helmick    2/3/15
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF), which gave notice of such filing to the following:

Timothy R. Carraher
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507

Jeremy R. Teaberry
REED SMITH LLC
20 Stanwix Street, Suite 1200
Pittsburgh, Pennsylvania 15222

                                        By /s/ Sergei Lemberg
                                             Sergei Lemberg